UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ZAMUDIO ALEJO,<br><br>　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>GABRIEL VALDEZ, ET AL.,<br><br>　　　　　　　　　Respondent. | Case No. 5:21-cv-2124-JWH (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action without prejudice.

Dated: October 3, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JOHN W. HOLCOMB
　　　　　　　　　　　　　　　　　United States District Judge