**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ZAMUDIO ALEJO, | Case No. 5:21-cv-2124-JWH (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| GABRIEL VALDEZ, ET AL., | |
| Respondent. | |

1   Pursuant to the Order Accepting Findings and Recommendation of United
2   States Magistrate Judge,
3   **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without
4   prejudice.

6   Dated:  October 3, 2022

   _____
   HONORABLE JOHN W. HOLCOMB
   United States District Judge

2